IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 1:06-cr-00027-MP-AK

GIOVANNI G. CONEY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 99, Motion to Continue Change of Plea, filed by Defendant Coney. A teleconference was held on Tuesday, December 19, 2006. At the conference, Defendant requested a thirty-day continuance in his change of plea, currently scheduled for December 20, 2006, at 2:00 p.m., stating that counsel has not had adequate time to finish conducting discovery. The Government does not object to the continuance. Because the Court finds that the ends of justice are served by allowing counsel for Defendant the time necessary for effective preparation, the motion is granted. Accordingly, Defendant Coney's change of plea is hereby continued to Friday, January 19, 2007, at 11:00 a.m.

    **DONE AND ORDERED** this _19th_ day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge