IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                              CASE NO. 1:06-cr-00027-MP-AK

GIOVANNI G CONEY,

    Defendant.
_____/

## O R D E R

This Matter Is Before the Court on Doc. 162, Motion to Continue Disposition Hearing by Giovanni G Coney. The motion is granted, and the final disposition hearing will be held Friday, August 3, 2007, at 9:30 a.m.

**DONE AND ORDERED** this  *7th*  day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge