IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO. 1:06-cr-00027-MP-AK

GIOVANNI G. CONEY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 176, Motion to Continue Sentencing, filed by Defendant Giovanni Coney. In his motion, Defendant Coney states that he is currently cooperating with the Government pursuant to his plea agreement, and requests that his sentencing hearing, currently set for September 13, 2007, be continued. The Government does not object to the requested continuance. Accordingly, Defendant Coney's motion is granted, and the sentencing hearing is continued to Wednesday, October 24, 2007, at 9:00 a.m.

**DONE AND ORDERED this  _12th_ day of September, 2007**

*s/Maurice M. Paul*
**Maurice M. Paul, Senior District Judge**