IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00027-MP-AK

GIOVANNI G. CONEY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 187, Motion to Continue, filed by Defendant Giovanni Coney. In the motion, Defendant states that he is currently cooperating with the Government pursuant to his plea agreement. Because of this, Defendant requests that his sentencing hearing, currently set for October 24, 2007, be continued. The Government does not object to the requested continuance. Therefore, Defendant Coney's motion is granted, and the sentencing hearing is reset for Thursday, November 29, 2007, at 9:30 a.m.

**DONE AND ORDERED** this __23rd__ day of October, 2007

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge